*Miller,* Hugh M. *Wilkinson* and *Warren O. Coleman* for petitioner in No. 416. *Lloyd Paul Stryker* for petitioner in No. 417. *Bentley G. Byrnes* for petitioner in No. 418. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 431. NATIONAL LABOR RELATIONS BOARD *v.* ATLANTA METALLIC CASKET Co. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* and *Robert N. Denham* for petitioner. *M. E. Kilpatrick* for respondent.

No. 432. NATIONAL LABOR RELATIONS BOARD *v.* WILSON & Co., INC. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* and *Robert N. Denham* for petitioner. *Richard C. Winkler* and *J. Blanc Monroe* for respondent.

No. 433. NATIONAL LABOR RELATIONS BOARD *v.* MASSEY GIN & MACHINE WORKS, INC. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* and *Robert N. Denham* for petitioner. *A. O. B. Sparks* for respondent.

No. 450. EISENBERG *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 451. SCHAEFFER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Harry Shapiro* and *Hirsh W. Stalberg* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Joseph W. Bishop, Jr.* and *Lee A. Jackson* for respondent.